UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                             Criminal Case No. 18-20008

D-4 Karen Hall,

                                                  Sean F. Cox
    Defendant.                          United States District Court Judge

_____/

## **MEMORANDUM ORDER FINDING DEFENDANT COMPETENT TO STAND TRIAL**

After finding that Defendant Karen Hall was not competent to stand trial, the Court committed her to the custody of the Attorney General "for treatment in a suitable facility for a reasonable amount of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future she will attain the capacity to permit the proceedings to go forward." (ECF No. 196, PageID 767-68).

On July 8, 2019, Dr. Amor A. Correa, PhD, issued a forensic report, which concluded that Hall had regained competency. On July 12, 2019, the director of the facility in which Hall was hospitalized notified the Court that, in the opinion of its clinical staff, Hall was competent to proceed in this case.

On August 21, 2018, the Court held a second competency hearing. At this hearing, the parties admitted Dr. Correa's report and stipulated to Hall's competency.

The Court finds by a preponderance of the evidence that Hall is competent to stand trial in this case and that she is NOT presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of

the proceedings against her or to properly assist in her defense.

**IT IS SO ORDERED.**

                                                  s/SEAN F. COX
                                                  Sean F. Cox
                                                  United States District Judge

Dated: August 22, 2019